UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNION OF INDEPENDENTS PARTY and SHERRY-JOLENE GABBARD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:12-cv-00742 |
| STATE OF TENNESSEE ELECTIONS COMMISSION, et al., | ) ) ) ) | Judge Sharp |
| Defendants. | ) | |

**O R D E R**

Plaintiff Sherry-Jolene Gabbard, proceeding *pro se*, is a resident of Mulberry, Arkansas. The plaintiff brings claims against the State of Tennessee Elections Commission and "Elections and Legislated Statutes" pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, that provisions of Tennessee's ballot access statutes effectively exclude minor political parties from achieving recognition as a political party and ballot access for their candidates in violation of the First and Fourteenth Amendments to the United States Constitution. (Docket No. 1).

Plaintiff Gabbard has submitted an application to proceed *in forma pauperis.* (Docket No. 2). A review of the plaintiff's applications to proceed *in forma pauperis* shows that she has insufficient financial resources to pay the filing fee in this action. Therefore, the Clerk will file the complaint *in forma pauperis.* 28 U.S.C. § 1915(a).

Because the plaintiff is proceeding *pro se* and *in forma pauperis*, the court is required to conduct an initial review of the complaint pursuant to 28 U.S.C. § 1915. For the reasons stated in

1

the memorandum entered contemporaneously herewith, the plaintiff lacks standing to pursue the claims asserted in the complaint. Accordingly, this action is hereby **DISMISSED**.

Enter of this order shall constitute the final judgment in this action.

It is so **ORDERED**.

_Kevin H. Sharp_
Kevin H. Sharp
United States District Judge